# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

MICHAEL PATTERSON,

    Petitioner,

vs.

JO GENTRY, et al.,

    Respondents.

Case No. 2:17-cv-02131-JCM-GWF

**ORDER**

    Petitioner has filed a petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254 (ECF No. 1). Petitioner, through his counsel in the state post-conviction proceedings, has filed an ex parte motion for appointment of counsel (ECF No. 2), asking for those counsel to be appointed to represent him in this court. The Federal Public Defender has filed an ex parte motion for appointment of counsel (ECF No. 4), asking for the Federal Public Defender to represent him. The court accepts the representations of the Federal Public Defender that petitioner's case warrants the appointment of counsel. The court assumes that the Federal Public Defender's motion supersedes state post-conviction counsel's motion. Furthermore, in the absence of a conflict of interest, the Federal Public Defender represents § 2254 habeas corpus petitioners in this court. The court will appoint the Federal Public Defender.

    IT IS THEREFORE ORDERED that the ex parte motion for appointment of counsel (ECF No. 2), filed August 8, 2017, is **DENIED** as moot.

IT IS FURTHER ORDERED that the <u>ex parte</u> motion for appointment of counsel (ECF No. 4), filed September 20, 2017, is **GRANTED**. The Federal Public Defender is appointed to represent petitioner.

IT IS FURTHER ORDERED that petitioner shall have sixty (60) days from the date of entry of this order to file an amended petition for a writ of habeas corpus.

IT IS FURTHER ORDERED that neither the foregoing deadline nor any extension thereof signifies or will signify any implied finding of a basis for tolling during the time period established. Petitioner at all times remains responsible for calculating the running of the federal limitation period under 28 U.S.C. § 2244(d)(1) and timely asserting claims.

IT IS FURTHER ORDERED that the clerk shall add Adam Paul Laxalt, Attorney General for the State of Nevada, as counsel for respondents.

IT IS FURTHER ORDERED that the clerk shall electronically serve both the Attorney General of the State of Nevada and the Federal Public Defender a copy of the petition (ECF No. 1) and a copy of this order.

IT IS FURTHER ORDERED that respondents' counsel shall enter a notice of appearance within twenty (20) days of entry of this order, but respondents need not file any other response to this order.

IT IS FURTHER ORDERED that the hard copy of any electronically filed exhibits shall be forwarded—for this case—to the staff attorneys in Las Vegas.

DATED: October 25, 2017.

_____
JAMES C. MAHAN
United States District Judge