# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

MICHAEL PATTERSON,

    Petitioner,

vs.

JO GENTRY, et al.,

    Respondents.

Case No. 2:17-cv-02131-JCM-GWF

**ORDER**

Petitioner having filed an unopposed motion for extension of time (first request) (ECF No. 16), and good cause appearing;

IT IS THEREFORE ORDERED that petitioner's unopposed motion for extension of time (first request) (ECF No. 16) is **GRANTED**. Petitioner will have through June 12, 2018, to file and serve a second amended petition.

DATED: March 19, 2018.

                                              JAMES C. MAHAN
                                              United States District Judge