1

2

3

4

5

6

7

8                    **UNITED STATES DISTRICT COURT**

9                         **DISTRICT OF NEVADA**

10

11    MICHAEL PATTERSON,                    Case No. 2:17-cv-02131-JCM-VCF

12                    Petitioner,          **ORDER**

13           v.

14    JO GENTRY, et al.,

15                    Respondents.

16

17          Petitioner has filed an unopposed motion for extension of time (second request) (ECF No.

18    18).  The court grants the motion.

19          Petitioner also has filed a second amended petition (ECF No. 19).  The court has reviewed

20    it pursuant to Rule 4 of the Rules Governing Section 2254 Cases in the United States District

21    Courts.  The court will direct respondents to file a response.

22          IT THEREFORE IS ORDERED that petitioner's unopposed motion for extension of time

23    (second request) (ECF No. 18) is **GRANTED**.

24          IT FURTHER IS ORDERED that that respondents will have forty-five (45) days from the

25    date of entry of this order to answer or otherwise respond to the second amended petition (ECF

26    No. 19).  Respondents must raise all potential affirmative defenses in the initial responsive

27    pleading, including lack of exhaustion and procedural default.  Successive motions to dismiss will

28    not be entertained.

1

1  IT FURTHER IS ORDERED that if respondents file and serve an answer, then they must

2  comply with Rule 5 of the Rules Governing Section 2254 Cases in the United States District

3  Courts, and then petitioner will have forty-five (45) days from the date on which the answer is

4  served to file a reply.

5  IT FURTHER IS ORDERED that if respondents file and serve a motion, then petitioner

6  will have fourteen (14) days from the date of service of the motion to file a response to the

7  motion.  Respondents then will have seven (7) days from the date of service of the response to file

8  a reply.

9  DATED:  October 25, 2018

10  _____
   JAMES C. MAHAN

11  United States District Judge

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28