# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

MICHAEL PATTERSON,

        Petitioner,

  v.

JO GENTRY, et al.,

        Respondents.

Case No. 2:17-cv-02131-JCM-VCF

**ORDER**

Respondents having filed a motion for extension of time (first request) (ECF No. 23), and good cause appearing;

IT THEREFORE IS ORDERED that respondents' motion for extension of time (first request) (ECF No. 23) is **GRANTED**. Respondents will have through March 11, 2019, to file an answer or other response to the second amended petition (ECF No. 19).

DATED: December 14, 2018.

                                                JAMES C. MAHAN
                                                United States District Judge