# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

MICHAEL PATTERSON,

    Petitioner,

    v.

JO GENTRY, et al.,

    Respondents.

Case No. 2:17-cv-02131-JCM-VCF

**ORDER**

Respondents having filed a motion for extension of time (second request) (ECF No. 25), and good cause appearing;

IT THEREFORE IS ORDERED that respondents' motion for extension of time (second request) (ECF No. 25) is **GRANTED**. Respondents will have through June 11, 2019, to file an answer or other response to the second amended petition (ECF No. 19).

DATED: March 19, 2019.

                                                JAMES C. MAHAN
                                                United States District Judge