# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| MICHAEL PATTERSON, | Case No. 2:17-cv-02131-JCM-EJY |
| Petitioner, | **ORDER** |
| v. | |
| JO GENTRY, et al., | |
| Respondents. | |

Petitioner having filed an unopposed motion for extension of time (third request) (ECF No. 32), and good cause appearing;

IT THEREFORE IS ORDERED that petitioner's unopposed motion for extension of time (third request) (ECF No. 32) is **GRANTED**. Petitioner will have up to and including November 8, 2019, to file a response to the motion to dismiss (ECF No. 27).

DATED: October 15, 2019.

_____
JAMES C. MAHAN
United States District Judge