# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| MICHAEL PATTERSON, | Case No. 2:17-cv-02131-JCM-EJY |
| Petitioner, | **ORDER** |
| v. | |
| JO GENTRY, et al., | |
| Respondents. | |

Respondents having filed an unopposed motion for extension of time (first request) (ECF No. 35), and good cause appearing;

IT THEREFORE IS ORDERED that respondents' unopposed motion for extension of time (first request) (ECF No. 35) is granted. Respondents will have up to and including December 16, 2019, to file a reply to the opposition to the motion to dismiss (ECF No. 34).

DATED: November 20, 2019.

_____
JAMES C. MAHAN
United States District Judge