UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

|  |  |
|---|---|
| MICHAEL PATTERSON,<br><br>          Petitioner,<br><br>   v.<br><br>JO GENTRY, et al.,<br><br>          Respondents. | Case No. 2:17-cv-02131-JCM-EJY<br><br>**ORDER** |

Respondents having filed an unopposed motion for extension of time (second request) (ECF No. 37), and good cause appearing;

IT THEREFORE IS ORDERED that respondents' unopposed motion for extension of time (second request) (ECF No. 37) is granted. Respondents will have up to and including February 14, 2020, to file a reply to the opposition to the motion to dismiss (ECF No. 34).

DATED: January 8, 2020

                                                                JAMES C. MAHAN
                                                                 United States District Judge