# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| MICHAEL PATTERSON,<br><br>　　　　　Petitioner,<br><br>　　v.<br><br>JO GENTRY, et al.,<br><br>　　　　　Respondents. | Case No. 2:17-cv-02131-JCM-EJY<br><br>**ORDER** |

　　　Respondents having filed an unopposed motion for extension of time (third request) (ECF No. 39), and good cause appearing;

　　　IT THEREFORE IS ORDERED that respondents' unopposed motion for extension of time (third request) (ECF No. 39) is granted. Respondents will have up to and including February 28, 2020, to file a reply to the opposition to the motion to dismiss (ECF No. 34).

　　　DATED: February 19, 2020.

　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　JAMES C. MAHAN
　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge